IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Omar Peralta, individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br>La Dulce Bakery, Inc., and Edwin Flores, individually, Defendants | Case No. 1:14-cv-07535<br><br>Hon. Judge Virginia M. Kendall<br><br>Magistrate Judge Hon. Susan E. Cox |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party having neither filed an Answer or a Motion for Summary Judgment, respectfully requests that the Court dismiss all causes of action and this case in its entirety.

Respectfully submitted,

s/ Raisa Alicea
Raisa Alicea
One of Plaintiff's Attorneys
**CONSUMER LAW GROUP, LLC**
6232 N. Pulaski, Suite 200
Chicago, IL 60646
PHONE: 312-800-1017
ralicea@yourclg.com